UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30892
_____


JOHN A. MORAN,

                                              Petitioner,


                          versus


RICHARD L. STALDER, SECRETARY
LA. DEPT. OF CORRECTIONS,

                                              Respondent.


_____

Appeal from the United States District Court
for the Eastern District of Louisiana
_____

August 19, 1997

Before JONES, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:*

        This is a successive habeas petition filed in the
district court in February 1996, before the effective date of the
Anti-Terrorism and Effective Death Penalty Act.  The district court
held, and we initially agreed, that because the petition was
pending at the effective date of the AEDPA, petitioner Moran was
required to obtain a certificate of appealability in this court

_____

        *Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

pursuant to newly enacted § 2244(b).  As it turned out, the Supreme Court did not agree with this position.  <u>Lindh v. Murphy</u>, ___ S.Ct. ___ (1997), and it has held the COA requirement inapplicable to petitions filed before the effective date of AEDPA.  Consequently, we must reverse and remand for consideration of Moran's petition in the district court pursuant to pre-AEDPA standards.

<u>REVERSED</u> and <u>REMANDED</u>.